UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DIANE C., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:20-CV-00309-LEW |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) | |
| | ) | |
| Defendant | ) | |

## ORDER ACCEPTING RECOMMENDED DECISION

Following referral for hearing, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The Magistrate Judge notified the parties that failure to object would waive the right to de novo review and appeal. The time within which to file an objection has expired with no objection being filed. Having reviewed and considered the Magistrate Judge's Report and Recommended Decision, I concur with the Magistrate Judge's conclusions.

It is therefore ORDERED that the Recommended Decision (ECF No. 19) of the Magistrate Judge is AFFIRMED and ADOPTED. The Commissioner's final administrative decision is vacated and the matter is remanded for further proceedings consistent with the Report and Recommended Decision.

**SO ORDERED.**

Dated this 3rd day of February, 2022.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE